```
 1  Troy M. Yoshino (State Bar # 197850)
    troy.yoshino@squirepb.com
 2  G. David Godwin (State Bar # 148272)
    david.godwin@squirepb.com
 3  Tania L. Rice (State Bar # 294387)
    tania.rice@squirepb.com
 4  SQUIRE PATTON BOGGS (US) LLP
    275 Battery Street, Suite 2600
 5  San Francisco, California  94111
    Telephone:  +1 415 954 0200
 6  Facsimile:   +1 415 393 9887

 7  Attorneys for Defendant
    SCOTTSDALE INSURANCE COMPANY
 8
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CATHERINA YIM,<br><br>            Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1 to 100<br><br>            Defendants. | Case No. 2:17-cv-06292 FMO (SKx)<br><br>**ORDER GRANTING STIPULATION [44] OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and good cause
2  shown, the parties' Request for Dismissal With Prejudice is GRANTED, and the
3  action is dismissed with prejudice.  Each party shall bear its own costs.
4  IT IS SO ORDERED.

6  Dated:  September 20, 2018

_____/s/_____
Hon. Fernando M. Olguin